

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2013

No. 04-13-00148-CV

Javier H. **PEREZ**,
Appellant

v.

Patricia **VILLARREAL** and Israel Villarreal,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CVT-000406-D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

On April 9, 2013, we ordered appellant to file a response offering a reasonable explanation for failing to file the notice of appeal timely or establishing that the notice was timely filed. On April 22, 2013, appellant filed a response, offering an explanation for the untimely filing. We have reviewed the response and find the explanation offered for the late filing of the notice of appeal to be reasonable. Accordingly, we will retain the appeal on the court's docket. The clerk's and reporter's records have been filed. Appellant's brief is now due. We **order** appellant to file his brief on or before **May 24, 2013**.

The clerk of this court is **ordered** to send a copy of this order to appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court